**5**

H. C. PATTERSON v. STATE. (No. 10784.)

Court of Criminal Appeals of Texas. March

16, 1927. Appeal from Bexar County Court for Criminal Cases; George C. Clifton, Judge. E. L. O'Meara, of Carrizo Springs, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is unlawfully carrying a pistol; punishment fixed at confinement in the county jail for a period of 165 days. The information seems regular. There are no bills of exceptions. The document denominated as a statement of facts is not verified by the judge who tried the case. Finding no error, the judgment is affirmed.